UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

CHARDAN CAPITAL MARKETS, LCC,            :        25-cv-7285 (SHS)

                              Plaintiff,           :        ORDER

            -v-                                          :

OSR HOLDINGS, INC., and KUK HYOUN       :
HWANG a/k/a Peter Hwang,

                              Defendants.          :
------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        The initial pretrial conference having been held today, with counsel for plaintiff participating by telephone and defendants' attorney present,

        IT IS HEREBY ORDERED that:

        1.        The defendants' counsel represented to the Court that defendant Hwang is a citizen of South Korea;

        2.        In the Civil Case Management Plan and Scheduling Order [Doc. No. 13], the last line of paragraph 4.c."Expert Discovery" is amended to read as follows: "Expert discovery cutoff is June 18, 2026"; and

        3.        There will be a status conference on April 16, 2026, at 2:30 p.m.

Dated: New York, New York
            January 14, 2026

                              SO ORDERED:

                              _____
                              Sidney H. Stein, U.S.D.J.