UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARDAN CAPITAL MARKETS, LLC,

                              Plaintiff,

        -v-

OSR HOLDINGS, INC. and KUK HYOUN
HWANG, a/k/a PETER HWANG,

                              Defendants.

---

25-cv-7285 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

A status conference having been held today to discuss the status of discovery in this action, with counsel for all parties participating by teleconference,

IT IS HEREBY ORDERED that no later than:

1. May 29, 2026, counsel for plaintiff shall serve on counsel for defendants a letter identifying those documents sought by plaintiff that have yet to be produced by defendants;

2. June 8, 2026, counsel for defendants shall produce to plaintiff those documents identified in plaintiff's letter or otherwise certify that the documents sought do not exist or are not relevant. Counsel for defendants shall also disclose to plaintiffs the identities of custodians searched, the search terms utilized, and the document collection methodologies employed by defendants;

3. June 26, 2026, defendant Kuk Hyoun "Peter" Hwang shall be made available to be deposed again;

4. July 3, 2026, plaintiff's witnesses shall be made available to be deposed; and

5. July 6, 2026, counsel for all parties shall submit a letter to this Court setting forth the status of discovery and notifying the Court of any discovery disputes.

Dated: New York, New York
       May 27, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.