UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARDAN CAPITAL MARKETS, LLC,

                              Plaintiff,

        -v-

OSR HOLDINGS, INC. and KUK HYOUN
HWANG, a/k/a PETER HWANG,

                              Defendants.

---

25-cv-7285 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

     The conference in this action currently scheduled to be held at 10:00 a.m. on June 16, 2026, is rescheduled to 2:30 p.m. on July 9, 2026.  Any counsel not located in New York City need not appear at the conference in person and may contact the Court at 212-805-0192 to request a Microsoft Teams link.


Dated: New York, New York
        June 10, 2026


                              SO ORDERED:

                              _____
                              Sidney H. Stein, U.S.D.J.