UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARDAN CAPITAL MARKETS, LLC,

Plaintiff,

-v-

OSR HOLDINGS, INC. and KUK HYOUN
HWANG, a/k/a PETER HWANG,

Defendants.

25-cv-7285 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

The Court is in receipt of the parties' letters dated June 11 and June 15 regarding yet another discovery dispute in this action. (Dkt. Nos. 32, 33.)

The Court is unable to analyze this dispute intelligently without having in its possession the relevant document requests and responses and attorney correspondence. Plaintiff is directed to file on the docket by June 18 (1) plaintiff's original requests for the production of documents, (2) defendants' responses and objections, if any, to plaintiff's original requests for the production of documents, (3) plaintiff's May 29, 2026 letter to defendants regarding outstanding requests for production and alleged production deficiencies, (4) defendants' June 8, 2026 communication regarding their ESI search process, including Exhibit A setting forth defendants' ESI search terms, and (5) any other relevant attorney correspondence.

The Court shall hold a conference regarding this dispute on June 24, 2026, at 12:00 p.m. via Microsoft Teams videoconference.

Dated: New York, New York
        June 17, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.