UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARDAN CAPITAL MARKETS, LLC,

               Plaintiff,

-v-

OSR HOLDINGS, INC. and KUK HYOUN
HWANG, a/k/a PETER HWANG,

               Defendants.

---

25-cv-7285 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

A conference having been held today by Microsoft Teams, with counsel for all parties participating, IT IS HEREBY ORDERED that:

1. The deadlines set forth in paragraphs 3, 4, and 5 of Dkt. No. 30 are vacated;

2. The last day for fact discovery will be September 4, 2026;

3. By July 1, 2026, defendants will provide plaintiff with the concession discussed during today's conference;

4. By July 8, 2026, plaintiff will notify defendants of any further depositions plaintiff intends to conduct before the close of fact discovery; and

5. If there is any dispute between the parties regarding depositions or remaining discovery, the parties should confer in an effort to resolve the dispute and, if they are unable to resolve the dispute between themselves, the parties may write to the Court.

Dated: New York, New York
       June 24, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.