UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARDAN CAPITAL MARKETS, LLC,

Plaintiff,

-v-

OSR HOLDINGS, INC. and KUK HYOUN HWANG, a/k/a PETER HWANG,

Defendants.

25-cv-7285 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

There will be a conference in this matter by Microsoft Teams videoconference on September 14, 2026, at 2:30 p.m.

Dated: New York, New York
July 24, 2025

SO ORDERED:

Sidney H. Stein, U.S.D.J.