UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ---------------------------------- | X | |
| CHARDAN CAPITAL MARKETS, LLC, | : | Case No. 1:25-cv-07285-SHS |
| Plaintiff, | : | |
| | : | |
| -against- | : | |
| | : | |
| | : | |
| OSR HOLDINGS, INC. and KUK HYOUN HWANG, a/k/a PETER HWANG, | : | |
| | : | |
| Defendants. | : | |
| ---------------------------------- | X | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR PREJUDGMENT ATTACHMENT AND CPLR 6210 TEMPORARY RESTRAINT IN AID OF ATTACHMENT**

Upon the Motion, brought by order to show cause, for prejudgment attachment of Plaintiff Chardan Capital Markets, LLC ("Chardan") pursuant to Rule 64 of the Federal Rules of Civil Procedure and CPLR Article 62, including CPLR 6201(1) and 6210, filed on July 27, 2026, the Memorandum of Law in Support of Plaintiff's Order to Show Cause for prejudgment attachment, the Declaration of George Kaufman, dated August 5, 2026, the Declaration of Julie E. Kamps, Esq., dated August 7, 2026, the Request for Judicial Notice, OSR Holdings, Inc.'s (n/k/a OSR Health, Inc. & f/k/a Bellevue Life Sciences Acquisition Corp.) ("OSRH" or "Defendant") Opposition, Plaintiff's Reply, the Complaint, and all other papers and proceedings had herein, and the Court having considered the motion, good cause having been shown,

**IT IS HEREBY:**

**ORDERED** that Plaintiff's Motion for prejudgment attachment brought by order to show cause is **GRANTED**, and it is further

**ORDERED** that the amount attached is $2,341,028.22, and it is further

**ORDERED** that the $2,341,028.22 attachment amount does not include a fixed valuation for Chardan's 34,500 shares, and it is further

**ORDERED** that the following assets constitute property subject to attachment pursuant to CPLR 6202 and 5201 and shall be restrained under CPLR 6210 until further order of the Court, up to $2,341,028.22:

> Property subject to attachment. The property subject to attachment includes any debt or property against which a money judgment may be enforced under CPLR 5201, whether tangible or intangible, vested or contingent, including, without limitation, deposit accounts, securities accounts, debts, payment rights, contract rights, general intangibles, equity interests, securities, distributions, dividends, proceeds, accounts receivable, and any other property in which OSR Holdings, Inc. (n/k/a OSR Health, Inc. and f/k/a Bellevue Life Sciences Acquisition Corp.) ("OSRH") has an interest, but only to the extent held by, owed by, administered through, or payable through JPMorgan Chase Bank, N.A., UBS Financial Services Inc., or Continental Stock Transfer & Trust Company, up to $2,341,028.22.

**ORDERED** that, pending further order of the Court, Garnishee JPMorgan Chase Bank, N.A., and all persons acting in concert with it are restrained under CPLR 6210 from withdrawing, transferring, encumbering, or otherwise disposing of accounts, debts, and cash balance held by, owed by, administered through, or payable through JPMorgan Chase Bank, N.A. in the name of Bellevue Life Sciences Acquisition Corp., OSR Holdings, Inc., or OSR Health Inc., including branches located in the State of New York, up to $2,341,028.22, and it is further

**ORDERED** that, pending further order of the Court, Garnishee UBS Financial Services Inc., and all persons acting in concert with it, are restrained under CPLR 6210 from selling, assigning, transferring, pledging, encumbering, paying over, delivering, disposing of, or otherwise interfering with any interest OSRH has in the BLAC trust fund or trust account held by, owed by, administered through, or payable through UBS Financial Services Inc., including any cash, securities, distributions, redemption proceeds, or other property held for, credited to, payable to, or beneficially owned by OSRH, up to $2,341,028.22, and it is further

**ORDERED** that, pending further order of the Court, Continental Stock Transfer & Trust Company, and all persons acting in concert with it, are restrained under CPLR 6210 from selling, assigning, transferring, pledging, encumbering, paying over, delivering, disposing of, or otherwise interfering with any property, debt, account, security, equity interest, cash held for distributions, or other property owed by Continental Stock Transfer & Trust Company to OSRH or held in OSRH's name, including property held or administered by Continental as transfer agent, trustee, exchange agent, paying agent, or in any similar capacity, up to $2,341,028.22, and it is further

**ORDERED** that, for any proposed withdrawal of restrained property from JPMorgan Chase Bank, N.A., UBS Financial Services Inc., or Continental Stock Transfer & Trust Company that is in the ordinary course of OSRH's business, OSRH shall provide Plaintiff at least two business days' advance written notice identifying the basis for the proposed withdrawal. Plaintiff shall thereafter state any objection within one business day. If Plaintiff objects, the restrained funds shall not be withdrawn absent further order of the Court, and it is further

**ORDERED** that, before levy or enforcement of this prejudgment attachment order, Plaintiff shall provide an undertaking in the amount of $500.00, and it is further

**ORDERED** that pursuant to Federal Rule of Civil Procedure 4(c)(3) and 28 U.S.C. § 566(c), the United States Marshals Service (USMS) for the Southern District of New York (or any other designated

federal officer/process server) is hereby DIRECTED TO SERVE a copy of this Order, along with the supporting Declaration, Summons, and Complaint, upon the List of Garnishees on Schedule A and that such service shall be deemed good and sufficient service; and it is further

**ORDERED** that the Sheriff of the City of New York, or any other sheriff or levying officer authorized by law, is authorized and directed to levy upon and attach Defendant OSR Holdings, Inc.'s (n/k/a OSR Health, Inc. & f/k/a Bellevue Life Sciences Acquisition Corp.) property, debts, accounts, securities, equity interests, contract rights, claims, and other attachable property, whether tangible or intangible, only to the extent held by, owed by, administered through, or payable through JPMorgan Chase Bank, N.A., UBS Financial Services Inc., or Continental Stock Transfer & Trust Company up to $2,341,028.22, and it is further

**ORDERED** that, upon service of this Order by the United States Marshals Service (USMS) for the Southern District of New York (or any other designated federal officer/process server) or other authorized levying officer on JPMorgan Chase Bank, N.A., UBS Financial Services Inc., or Continental Stock Transfer & Trust Company, each garnishee so served shall be restrained and prohibited under CPLR 6210 from selling, assigning, transferring, pledging, encumbering, paying over, delivering, disposing of, or otherwise interfering with any property, debt, account, security, equity interest, contract right, claim, or other attachable property of Defendant held by, owed by, administered through, or payable through such garnishee, up to $2,341,028.22, and it is further

**ORDERED** that service of this Order upon any garnishee by the Sheriff or other authorized levying officer shall be sufficient to effect a levy upon Defendant's property or debts held by, owed by, administered through, or payable through such garnishee to the fullest extent permitted by Fed. R. Civ. P. 64, CPLR Article 62, including CPLR 6214, and applicable law, and it is further

**ORDERED** that Defendant shall have the right to move to vacate or modify this attachment order at any time upon a showing that the grounds for attachment no longer exist or that the attachment

is otherwise improper, and it is further

**ORDERED** that this prejudgment attachment order shall remain in effect until further order of this Court, vacatur, modification, or resolution of the underlying action as to OSRH.

IT IS SO ORDERED.

Dated: August 19, 2026
New York, New York

Hon. Sidney H. Stein
United States District Judge

**SCHEDULE A**

**LIST OF GARNISHEES**

The Sheriff or other authorized levying officer is authorized to serve and levy upon the following garnishees:

1. JPMorgan Chase Bank, N.A.
   270 Park Avenue
   New York, NY 10017
2. UBS Financial Services Inc.
   Private Wealth Management
   299 Park Avenue, 8th Floor
   New York, NY 10017
3. Continental Stock Transfer & Trust Company
   1 State Street, 30th Floor
   New York, NY 10004