UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

CHARDAN CAPITAL MARKETS, LCC, : 25-cv-7285 (SHS)

Plaintiff, : ORDER

-v- :

OSR HOLDINGS, INC., and KUK HYOUN HWANG a/k/a Peter Hwang, :

:

Defendants.

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

Argument having been held today on plaintiff's motion for prejudgment attachment [Doc. No. 44], with counsel for plaintiff participating by telephone, and counsel for defendant present,

IT IS HEREBY ORDERED that for the reasons set forth on the record, plaintiff's motion for prejudgment attachment is granted.

Dated: New York, New York
August 19, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.