UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | | |
|---|---|---|
| CHARDAN CAPITAL MARKETS, LCC, | : | 25-cv-7285 (SHS) |
| Plaintiff, | : | <u>ORDER</u> |
| -v- | : | |
| OSR HOLDINGS, INC., and KUK HYOUN HWANG a/k/a Peter Hwang, | : | |
| | : | |
| Defendants. | | |

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

A status conference having been held today via MS Teams, with counsel for all parties participating,

IT IS HEREBY ORDERED that:

1. Fact discovery expired on September 4, 2026;

2. Any motion for leave to amend the complaint is due by September 21, 2026. The response is due by September 28, and the reply is due by October 5, 2026; and

3. Any dispositive motions are due by October 2, responses to any motions are due by October 13, 2026, and replies are due by October 20, 2026.

Dated: New York, New York
September 14, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.