Kamps Legal, P.C.
Creative. Focused. Solutions.

Julie E. Kamps, Esq.
Kamps Legal, P.C.
Managing Shareholder
Office: +1-949-990-4870
Fax: +1-949-522-7912

*Admitted in California and New York Only*

October 19, 2026

**MEMO ENDORSED**

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: Chardan Capital Markets, LLC v. OSR Holdings, Inc., et al., No. 1:25-cv-07285-SHS — Public Letter Motion to Seal**

Dear Judge Stein:

Plaintiff Chardan Capital Markets, LLC respectfully requests leave to file temporarily under seal certain papers submitted in connection with its application for supplemental relief relating to the Court's existing Order of Prejudgment Attachment (ECF No. 54).

Temporary sealing is necessary because premature disclosure of the application and supporting materials could frustrate the effectiveness of the relief requested. The application contains information concerning potentially attachable property and proposed enforcement measures, the disclosure of which before judicial consideration and implementation could materially prejudice Plaintiff's ability to preserve that property.

Plaintiff recognizes the presumption of public access to judicial documents. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20, 124–26 (2d Cir. 2006). The requested sealing is narrowly tailored and temporary. Redaction at this stage would not adequately protect the information at issue. Plaintiff proposes to submit appropriately redacted public versions promptly after the relevant relief has been considered and implemented, subject to further order of the Court.

Plaintiff respectfully requests that the Court permit the application and supporting materials to be filed under seal pending further order.

Respectfully submitted,

**KAMPS LEGAL, P.C.**

By: *<u>/s/Julie E. Kamps</u>*
Julie E. Kamps, Esq.
*Counsel for Plaintiff*
*Chardan Capital Markets, LLC*

**The Court grants plaintiff's request to file the application and supporting materials under seal.**

**Dated: New York, New York**
**October 20, 2026**

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.